UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TRENT LOTT and TRICIA LOTT**                                          **PLAINTIFFS**

**V.**                                  **CIVIL ACTION NO.1:05CV671 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY, ET AL.**        **DEFENDANTS**

## ORDER DENYING MOTION TO DISMISS

In accordance with the Memorandum Opinion I have this day entered, it is

**ORDERED**

That State Farm Fire and Casualty Company's motion to dismiss the complaint [4] is hereby **DENIED**.

**SO ORDERED** this 19th day of September, 2006.

                                                    s/ *L. T. Senter, Jr.*
                                                    L. T. Senter, Jr.
                                                    Senior Judge